**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LAWRENCE D. KORN,

    Plaintiff,

v.                                                              Case No. 04-CV-70821-DT

PAUL REVERE LIFE INSURANCE COMPANY,

    Defendant.
                                                    /

## ORDER FOR SUPPLEMENTAL DOCUMENTATION

On February 6, 2008, the court held a hearing on "Defendant Paul Revere Life Insurance Company's Motion to Determine Application of ERISA" and Plaintiff Larry Korn's "Motion to Compel Responses to Requests for Production of Documents, Requests for Admissions and Other Discovery Requests." During the hearing, counsel for Plaintiff submitted that Plaintiff was the sole owner of his law firm Lawrence D. Korn, P.C. ("Korn, P.C.") and that attorney Kenneth A. Stern owned Kenneth A. Stern & Associates, P.C. ("Stern & Associates"). Plaintiff's counsel further maintained that Korn, P.C. and Stern & Associates were partners in a two-firm partnership. Conversely, counsel for Defendant claimed that Plaintiff was either a shareholder of Stern & Associates or a mere employee of Stern & Associates. Neither counsel had in their possession documentary evidence establishing the exact legal relationship between Plaintiff and Stern & Associates. Accordingly,

IT IS ORDERED that the parties supplement the record with documentary evidence in existence prior to the court's January 6, 2008 hearing identifying any partnership agreement or understanding between Plaintiff or Korn, P.C. and Mr. Stern

or Stern & Associates, or file a memoranda indicating that no such documentary

evidence exists, on or before **February 15, 2008**.


                          s/Robert H. Cleland
                          ROBERT H. CLELAND
                          UNITED STATES DISTRICT JUDGE

Dated: February 8, 2008


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 8, 2008, by electronic and/or ordinary mail.

                          s/Lisa G. Wagner
                          Case Manager and Deputy Clerk
                          (313) 234-5522